No: 25-1392 and 25-5468

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| KYLE JOHNSON,<br><br>  Plaintiff-Appellee,<br><br>  v.<br><br>JAMES ADGAR,<br><br>  Defendant-Appellant. | NO.  25-1392 and 25-5468<br>Consolidated<br><br>D.C. No: 5:21-cv-01849-BLF<br>Northern District of California,<br>San Jose Division<br><br>Ninth Circuit Rule 27-14 |

**DEFENDANT-APPELLANT'S MOTION FOR LEAVE TO TRANSMIT VIDEO EVIDENCE IN ELECTRONIC FORMAT**

On Appeal from the United States District Court
for the Northern District of California (San Jose)
No. 5:21-cv-01849-BLF
Hon. Beth Labson Freeman

NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
MALGORZATA LASKOWSKA, Senior Deputy City Attorney (187252)
BRIAN P. EGGLESTON, Senior Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Margo.Laskowska@sanjoseca.gov ;
Brian.Eggleston@sanjoseca.gov

Attorneys for James Adgar

2260357

**DEFENDANTS-APPELLEES' NOTICE OF MOTION AND MOTION FOR LEAVE TO TRANSMIT VIDEO EVIDENCE IN ELECTRONIC FORMAT**

**Ninth Circuit Rule 27-14**

Defendant-Appellant James Adgar moves this Court under Circuit Rule 27-14 for leave to transmit audio and video evidence necessary to the resolution of this appeal.

Appellant seeks leave to transmit the following:

1) Trial Exhibit 107 – J. Palmer 5/30 Body Worn Camera Video

2) Trial Exhibit 112 – J. Adgar 5/30 Body Worn Camera Video

3) Trial Exhibit 526 – M. Moraga 5/30 Body Worn Camera Video [22.24.17–22.24.30]

4) Trial Exhibit 527 – M. Moraga 5/30 Body Worn Camera Video [22.33.08-22.33.21]

5) Trial Exhibit 528 – J. Ikeuchi 5/30 Body Worn Camera Video [22.24.17-22.24.30]

6) Trial Exhibit 530 – R. Joseph 5/30 Body Worn Camera Video [22.24.17-22.24.30]

7) Trial Exhibit 531 – R. Joseph 5/30 Body Worn Camera Video [22.33.08-22.33.17]

2260357

8) Trial Exhibit 534 – S. Cespedes 5/30 Body Worn Camera Video [22.33.08-22.33.19]

9) Trial Exhibit 536 – T. Rodgers 5/30 Body Worn Camera Video [22.33.08-22.33.18]

Circuit Rule 27-14 provides that "[i]f a party asserts that review of an exhibit not currently available on the electronic district court docket is necessary to the resolution of an issue on appeal, that party shall move the Court for leave to transmit to the Court a copy or replication of the exhibit." 9th Cir. Rules, rule 27-14.

The evidence was admitted at trial, 2-ER-61–63, and is part of the record, but it not currently available on the district court's electronic docket. The video evidence is necessary to the resolution of issues in this appeal.

Therefore, Defendant-Appellant's seek leave to transmit to this Court copies of those recordings in a digital format.

Respectfully submitted,

NORA FRIMANN, City Attorney

Dated: November 6, 2025

By: */s/ Brian Eggleston*
BRIAN EGGLESTON
Sr. Deputy City Attorney

Attorneys for James Adgar

2260357

*Kyle Johnson v. James Adgar*
Case No: *25-1392 and 25-5468 Consolidated*

Northern District of California
Case No.: 5:22-cv-07761-VKD

**CERTIFICATE OF SERVICE**

I am a citizen of the United States and a resident of the County of Santa Clara.

I am over the age of eighteen years and not a party to this action. My business address is 200 East Santa Clara Street, 16th Floor, San Jose, CA 95113.

On November 6, 2025, I served one true copy of:

**1.    Appellants Notice of Motion and Motion for Leave to    Transmit Video Evidence in Electronic Format**

By emailing a copy to Appellant as listed below:

James McManis, Esq., jmcmanis@mcmanislaw.com
Matt Schechter, Esq., mschechter@mcmanislaw.com
Abimael Bastida, Esq., abastida@mcmanislaw.com
Lisa Moniz, lmoniz@mcmanislaw.com
Elise Dresser, edresser@mcmanislaw.com
Susan Van Norman, svannorman@mcmanislaw.com

I declare under penalty of perjury that the foregoing is true and is executed on November 6, 2025, at San Jose, California.

*/s/Alanna Hayman*
Alanna Hayman

2260357