No: 25-1392 and 25-5468

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| KYLE JOHNSON, | NO. 25-1392 and 25-5468 |
| Plaintiff-Appellee | Consolidated |
| v. | D.C. No: 5:21-cv-01849-BLF |
| | Northern District of California, |
| | San Jose Division |
| JAMES ADGAR, | |
| Defendant-Appellant | |

**Appellant's Excerpts of Record**

**Index Volume**

On Appeal from the United States District Court
for the Northern District of California (San Jose)
No. 5:21-cv-01849-BLF
Hon. Beth Labson Freeman

NORA FRIMANN, City Attorney (93249)
ARDELL JOHNSON, Assistant City Attorney (95340)
MALGORZATA LASKOWSKA, Senior Deputy City Attorney (187252)
BRIAN P. EGGLESTON, Senior Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Margo.Laskowska@sanjoseca.gov;
Brian.Eggleston@sanjoseca.gov

Attorneys for James Adgar

**<u>INDEX</u>**

| Document No. | Date Filed | Description | Page No. |
|---|---|---|---|
| **VOLUME 1 OF 3** | | | |
| 301 | 08/15/2025 | Order Granting in Part and Denying in Part Defendants' Motion for Judgment as a Matter of Law; and Granting in Part Plaintiff's Motion for Attorneys' Fees and Costs | ER0002 |
| 260 | 01/31/2025 | Judgment | ER0046 |
| 260-1 | 01/31/2025 | Jury Verdict | ER0047 |
| **VOLUME 2 OF 3** | | | |
| 277 | 03/28/2025 | Joint Certification of Counsel Regarding Admitted Exhibits | ER0060 |
| 277 | 03/28/2025 | Trial Exhibit 2 – Kyle Johnson Injury Photos | ER0064 |
| 277 | 03/28/2025 | Trial Exhibit 107 – J. Palmer 5/30 Body Worn Camera Video | ER0068 |
| 277 | 03/28/2025 | Trial Exhibit 112 – J. Adgar 5/30 Body Worn Camera Video | ER0072 |
| 277 | 03/28/2025 | Trial Exhibit 155 – SJPD Duty Manual Revisions re Projectile Impact Weapons | ER0076 |
| 277 | 03/28/2025 | Trial Exhibit 257 – L. Tassio Email re 40mm OC Rounds | ER0080 |
| 277 | 03/28/2025 | Trial Exhibit 526 – M. Moraga 5/30 Body Worn Camera Video [22.24.17-22.24.30] | ER0084 |

| Document No. | Date Filed | Description | Page No. |
|---|---|---|---|
| 277 | 03/28/2025 | Trial Exhibit 527 – M. Moraga 5/30 Body Worn Camera Video [22.33.08-22.33.21] | ER0088 |
| 277 | 03/28/2025 | Trial Exhibit 528 – J. Ikeuchi 5/30 Body Worn Camera Video [22.24.17-22.24.30] | ER0091 |
| 277 | 03/28/2025 | Trial Exhibit 530 – R. Joseph 5/30 Body Worn Camera Video [22.24.17-22.24.30] | ER0095 |
| 277 | 03/28/2025 | Trial Exhibit 531 – R. Joseph 5/30 Body Worn Camera Video [22.33.08-22.33.17] | ER0099 |
| 277 | 03/28/2025 | Trial Exhibit 534 – S. Cespedes 5/30 Body Worn Camera Video [22.33.08-22.33.19] | ER0103 |
| 277 | 03/28/2025 | Trial Exhibit 536 – T. Rodgers 5/30 Body Worn Camera Video [22.33.08-22.33.18] | ER0107 |
| 277 | 03/28/2025 | Trial Exhibit 552a – 527 M. Moraga Body Worn Camera Screenshot [22.33.14] Marked by J. Adgar on 01/14/2025 | ER0111 |
| 277 | 03/28/2025 | Trial Exhibit 553 – 107 J. Palmer Body Worn Camera Screenshot [22.33.26] Marked by J. Adgar on 01/14/2025 | ER0114 |
| 248 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 1 dated 01/03/2025 | ER0117 |
| 249 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 2 dated 01/06/2025 | ER0125 |

| Document No. | Date Filed | Description | Page No. |
|---|---|---|---|
| 250 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 3 dated 01/07/2025 | ER0141 |
| 251 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 4 dated 01/08/2025 | ER0165 |
| 252 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 5 dated 01/10/2025 | ER0174 |
| 253 | 01/10/2025 | Excerpts of Jury Trial Transcript Volume 6 dated 01/13/2025 | ER0229 |
| 254 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 7 dated 01/14/2025 | ER0237 |
| 255 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 8 dated 01/15/2025 | ER0268 |
| 256 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 9 dated 01/16/2025 | ER0275 |
| **VOLUME 3 OF 3** | | | |
| 250 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 3 dated 01/07/2025 | ER0316 |
| 252 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 5 dated 01/10/2025 | ER0329 |
| 256 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 9 dated 01/16/2025 | ER0341 |
| 139 | 11/13/23 | Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment | ER0398 |

| Document No. | Date Filed | Description | Page No. |
|---|---|---|---|
| 138 | 10/27/23 | Transcript of Hearing on Defendants' Motion for Summary Judgment dated 09/21/2023 | ER0427 |
| 107 | 07/17/2023 | Defendants' Motion for Summary Judgment | ER0499 |
| 303 | 08/27/2025 | Amended Notice of Appeal of Dkt. 260 and 301 filed by James Adgar | ER0532 |
| 302 | 08/27/2025 | Notice of Appeal of Dkt. 301 filed by James Adgar | ER0535 |
| 268 | 03/03/2025 | Notice of Appeal of Dkt. 260 filed by James Adgar | ER0538 |
| | | Docket from Northern California District Court Case No. 5:21-cv-01849-BLF | ER0541 |