C.A. Nos. 25-1392 and 25-5468 (consolidated)

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

---

KYLE JOHNSON,

Plaintiff-Appellee,

v.

JAMES ADGAR,

Defendant-Appellant.

---

Appeal from the United States District Court
for the Northern District of California

The Hon. Beth Labson Freeman, United States District Judge
No. 5:21-cv-01849-BLF

---

# MOTION FOR LEAVE TO TRANSMIT CERTAIN EXHIBITS

---

James McManis, State Bar No. 40958
Matthew Schechter, State Bar No. 212003
Abimael Bastida, State Bar No. 303355
McMANIS FAULKNER
50 West San Fernando Street, 10th Floor
San Jose, California 95113
(408) 279-8700

Attorneys for Plaintiff and Appellee,
KYLE JOHNSON

Pursuant to Ninth Circuit Rule 27-14, Plaintiff-Appellee, KYLE JOHNSON respectfully moves the Court for leave to transmit to the Court physical exhibits from the District Court record in this matter that are necessary to the resolution of this appeal but not capable of transmission in PDF format. The exhibits being requested to be transmitted to the Ninth Circuit panel for review are as follows:

1. Admitted Trial Exhibit 100a – City Hall West Plaza Video

2. Admitted Trial Exhibit 106a – T. Takash 5/30 Body Worn Camera Video [22.33.03 – 22.33.40]

3. Admitted Trial Exhibit 108a – A. Brown 5/30 Body Worn Camera Video [22.32.54 – 22.33.52]

4. Admitted Trial Exhibit 112c – J. Adgar 5/30 Body Worn Camera Video [22.32.59 – 22.33.38]

5. Admitted Trial Exhibit 120a – City Hall Rotunda Pantry Exit Video Excerpt.

///

///

///

///

These exhibits were admitted at trial, 2-ER-61–63, and thus were part of the evidence presented to the jury.

Dated: February 6, 2026          McMANIS FAULKNER

                                 */s/Abimael Bastida*
                                 JAMES McMANIS
                                 MATTHEW SCHECHTER
                                 ABIMAEL BASTIDA

                                 Attorneys for Plaintiff and Appellee,
                                 KYLE JOHNSON