No: 25-1392 and 25-5468

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

KYLE JOHNSON,

        Plaintiff-Appellee

        v.

JAMES ADGAR,

        Defendant-Appellant

NO.  25-1392 and 25-5468
Consolidated

D.C. No: 5:21-cv-01849-BLF
Northern District of California,
San Jose Division

**Appellant's Further Excerpts of Record**

**Volume 1 of 1**

On Appeal from the United States District Court
for the Northern District of California (San Jose)
No. 5:21-cv-01849-BLF
Hon. Beth Labson Freeman

SUSANA ALCALA WOOD, City Attorney (156366)
ARDELL JOHNSON, Assistant City Attorney (95340)
THOMAS GRAY, Senior Deputy City Attorney (191411)
BRIAN P. EGGLESTON, Senior Deputy City Attorney (289309)
Office of the City Attorney
200 East Santa Clara Street, 16th Floor
San José, California 95113-1905
Telephone Number: (408) 535-1900
Thomas.Gray@sanjoseca.gov;
Brian.Eggleston@sanjoseca.gov

Attorneys for James Adgar

# INDEX

| Document No. | Date Filed | Description | Page No. |
|---|---|---|---|
| | | **VOLUME 1 OF 1** | |
| 252 | 01/23/2025 | Excerpts of Jury Trial Transcript Volume 5 dated 01/10/2025 | FER003 |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KYLE JOHNSON, AN INDIVIDUAL,

PLAINTIFF,                          CASE NO.  CV-21-01849 BLF

VS.                                 SAN JOSE, CALIFORNIA

CITY OF SAN JOSE, A CALIFORNIA      JANUARY 10, 2025
CHARTER CITY; SAN JOSE POLICE
DEPARTMENT OFFICER JAMES ADGAR,     VOLUME 5
BADGE NO. 4552, AN INDIVIDUAL;
DOES 2 THROUGH 50,                  PAGES 710 - 965

DEFENDANTS.

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE

A-P-P-E-A-R-A-N-C-E-S

FOR THE PLAINTIFF:    MCMANIS FAULKNER
                      BY:  ABIMAEL BASTIDA
                           MATTHEW SCHECHTER
                      10TH FLOOR
                      50 WEST SAN FERNANDO STREET
                      SAN JOSE, CALIFORNIA 95113

(APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER:   IRENE L. RODRIGUEZ, CSR, RMR, CRR
                           CERTIFICATE NUMBER 8074

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY,
TRANSCRIPT PRODUCED WITH COMPUTER.

THE COURT:  OVERRULED.

THE WITNESS:  THE ANSWER WOULD BE YES.

MR. JOHNSON:  GREAT.  THANK YOU.

THE COURT:  MR. SCHECHTER, REDIRECT FOR THIS WITNESS?

MR. SCHECHTER:  YES, YOUR HONOR.  THANK YOU.

**REDIRECT EXAMINATION**

BY MR. SCHECHTER:

Q.   MR. CLARK, BACK DURING DIRECT YOU MENTIONED THAT THE 40 MILLIMETER PROJECTILE IMPACT WEAPON IS WHAT YOU SAID TARGET SPECIFIC?

A.   YES.

Q.   GIVEN YOUR EXPERIENCE AND TRAINING AND ONGOING EDUCATION, WHAT DO YOU -- IN YOUR OPINION WHAT DOES THAT MEAN, TARGET SPECIFIC?

A.   THAT IT IS A -- PER THE DESIGN AND DEPLOYMENT A RELIABLE TOOL TO DELIVER SIGNIFICANT KINETIC ENERGY TO A SPECIFIC PERSON THAT WOULD BE POSING A CREDIBLE THREAT AND FROM A RELIABLE DISTANCE.  THAT'S THE BEAUTY OF THE 40 MILLIMETER, YOU DON'T HAVE TO GET CLOSE.

Q.   MR. CLARK, IN YOUR OPINION WHEN OFFICER ADGAR -- I'M GOING TO TRY THAT AND START THAT OVER.

MR. CLARK, GIVEN YOUR EXPERIENCE AND TRAINING AND ONGOING EDUCATION AND KNOWLEDGE OF POST STANDARDS, WHEN OFFICER ADGAR FIRES HIS 40 MILLIMETER PROJECTILE IMPACT WEAPON, IN YOUR

OPINION DOES HE NEED TO ENSURE THAT THERE IS A CLEAR TARGET?

A.   ABSOLUTELY.

Q.   IN YOUR OPINION, GIVEN YOUR EXPERIENCE AND BACKGROUND AND TRAINING AND ONGOING EDUCATION, WHEN AN OFFICER FIRES A 40 MILLIMETER PROJECTILE IMPACT WEAPON, DO THEY NEED TO BE AWARE OR CONSIDER THE LETHALITY OF THAT WEAPON?

A.   YES.

MR. SCHECHTER:  ONE MOMENT, YOUR HONOR.

(DISCUSSION AMONGST PLAINTIFF'S COUNSEL OFF THE RECORD.)

BY MR. SCHECHTER:

Q.   MR. CLARK, GIVEN YOUR BACKGROUND AND TRAINING AND EXPERIENCE AND ONGOING EDUCATION, WHEN AN OFFICER INTENDS TO FIRE A 40 MILLIMETER PROJECTILE IMPACT WEAPON, DO THEY NEED TO BE AWARE OF, AND I'LL USE THE TERM, QUOTE-UNQUOTE, "INNOCENT BYSTANDERS" WHO ARE IN THE VICINITY OF A PARTICULAR TARGET?

A.   YES.

Q.   AND IN YOUR OPINION WHY DO THEY NEED TO BE AWARE OF THOSE BYSTANDERS?

A.   BECAUSE THE PROJECTILE, ONCE IT LEAVES THE BARREL, CANNOT BE RECALLED, AND IT IS OF A VERY SIGNIFICANT USE OF FORCE.  YOU WILL NOT, LIKE ANY PROJECTILE YOU FIRE, YOU WILL NOT EXPOSE INNOCENT CIVILIANS TO THAT DANGER.

THAT'S WHY THE 37 MILLIMETER IS NEVER USED IN THAT REGARD.

MR. SCHECHTER:  NO FURTHER QUESTIONS, YOUR HONOR.

THE COURT:  MR. JOHNSON, ANYTHING ELSE?

CERTIFICATE OF REPORTER


I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

IRENE RODRIGUEZ, CSR, RMR, CRR
CERTIFICATE NUMBER 8074


DATED:  JANUARY 11, 2025