UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KYLE JOHNSON,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JAMES ADGAR, San Jose Police Department Officer, Badge No. 4552,<br><br>Defendant - Appellant,<br><br>CITY OF SAN JOSE and TIMOTHY HARPER,<br><br>Defendants. | No. 25-1392<br><br>D.C. No.<br>5:21-cv-01849-BLF<br>Northern District of California,<br>San Jose<br><br>ORDER |
| KYLE JOHNSON,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>San Jose Police Department Officer JAMES ADGAR, Badge No. 4552,<br><br>Defendant - Appellant,<br><br>CITY OF SAN JOSE,<br><br>Defendant. | No. 25-5468<br><br>D.C. No.<br>5:21-cv-01849-BLF<br><br>Northern District of California,<br>San Jose |

Before: PAEZ, TALLMAN, and BENNETT, Circuit Judges.

A judge of this court has called for a vote to determine whether this case should be heard en banc.

The parties are directed to file simultaneous briefs setting forth their respective positions on whether this case should be heard en banc. The briefs shall not exceed 15 pages unless they comply with the alternative length limitation of 4,200 words, and they shall be filed within twenty-one (21) days of this order.